Frances Liosi, Respondent, v. Vito Vaccaro, Sr., et al., Appellants. Vito Vaccaro, Jr., an Infant, by Vito Vaccaro, His Parent, et al., Plaintiffs, v. George Gnoffo, Defendant.—

Concur — Stevens, P. J., McGivern, Markewich and Steuer, JJ.

In the Matter of Hyman Bravin, an Attorney.—

Concur — Eager, J. P., Capozzoli, Tilzer, Nunez and Steuer, JJ.